UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| **IN RE: ARTHUR T. SIMPSON, JR.** | **Chapter 13** |
| **Debtor.** | **Case No.: 18-50206-KKS** |

\

## RESPONSE TO MOTION FOR STAY OF CASE IN LIGHT OF LAPSE OF APPROPRIATIONS (Doc 30)

**NOW COMES** the Debtor, Arthur T. Simpson, Jr. and Responds to the Motion For Stay of Case in Light of Lapse of Appropriations (Doc 30) as follows:

The First Amended Plan (Doc 31) provides for all allowed claims to be paid in full by the trustee.

**WHEREFORE,** the Debtors pray the Court will deny the Motion For Stay of Case in Light of Lapse of Appropriations and that the debtor have such other and further relief as is just.

Dated this January 10, 2019

/s/ Charles M. Wynn
CHARLES M. WYNN
P.O. BOX 146
MARIANNA, FLORIDA 32447
(850) 526-3520
Court@Wynnlaw-fl.com
FL BAR NO 0241695
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing notice has been furnished to Leigh D. Hart, Chapter 13 Trustee, and to all parties of interest registered with ECF, on the same date as reflected as the electronic filing date of this document.

### Electronic Service to:

- Elizabeth Eckhart    eeckhart@logs.com, electronicbankruptcynotices@logs.com
- Leigh D. Hart    ldhdock@earthlink.net, ldhtre@earthlink.net;ldhadmin@earthlink.net
- Zack Smith    zack.smith@usdoj.gov, janae.carnley@usdoj.gov
- United States Trustee    USTPRegion21.TL.ECF@usdoj.gov

/s/ Charles M. Wynn
CHARLES M. WYNN